# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00606-CV

**Dimitry Wanda, Appellant**

**v.**

**Katherine J. Walters and Richie & Gueringer, P.C., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN401381, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Dimitry Wanda filed his notice of appeal on September 14, 2004. The district clerk's office notified this Court on October 12, 2004, that no payment arrangements had been made for the clerk's record. By letter of October 19, 2004, appellant was instructed to respond concerning the status of the appeal by October 29, 2004, or his appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). To date, appellant has not made payment arrangements or responded in any way to our notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).[1]

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: January 28, 2005

---

[1] Appellant has not paid the filing fees due in this Court either. *See* Tex. Gov't Code Ann. § 51.207 (West Supp. 2004-05).